No. 77–16. United States v. Department of Transportation of Georgia. Appeal from D. C. N. D. Ga. Judgment vacated and case remanded for further consideration in light of *Massachusetts* v. *United States, ante,* p. 444.

(See also No. 77–5898, *ante,* p. 559.)

No. 76–548. Baltimore Gas & Electric Co. et al. v. Natural Resources Defense Council, Inc., et al. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Vermont Yankee Nuclear Power Corp.* v. *Natural Resources Defense Council, Inc., ante,* p. 519. Mr. Justice Powell took no part in the consideration or decision of this case.

No. 76–745. Long Island Lighting Co. v. Lloyd Harbor Study Group, Inc. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Vermont Yankee Nuclear Power Corp.* v. *Natural Resources Defense Council, Inc., ante,* p. 519. Mr. Justice Powell took no part in the consideration or decision of this case.

No. 77–947. Bordenkircher, Penitentiary Superintendent v. Gaston. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bordenkircher* v. *Hayes,* 434 U. S. 357 (1978). Mr. Justice Marshall dissents.

No. 77–6141. Busic v. United States. C. A. 3d Cir. Certiorari dismissed, it appearing that the judgment of the Court of Appeals for the Third Circuit has been vacated.